

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER - Telephone Conference

JUDGE : McBryde
LAW CLERK: Marjorie Panter
COURT REPORTER: Debbie Saenz

---

Case No.: 4:11-CV-072-A, <u>Wilkins v. Thaler</u>
Date Held: 2/24/11
Time: 3:20 p.m. - 3:30 p.m. (10 mins)

---

Counsel seeking to represent petitioner: John Stickels

Counsel for respondent: Jeremy Greenwell

Petitioner, Christopher Chubasco Wilkins.

Consideration of motion for appointment as counsel filed by Stickels on behalf of petitioner. Stickels indicated he will withdraw the motion, within the next week if possible.

Hearing on motion set for March 2, 2011, is cancelled.

Hearing concluded.