IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| CHRISTOPHER CHUBASCO WILKINS, § § | |
| Petitioner, § § | |
| VS. § | NO. 4:11-CV-072-A |
| § | |
| RICK THALER, DIRECTOR, TEXAS § DEPARTMENT OF CRIMINAL JUSTICE, § CORRECTIONAL INSTITUTIONS § DIVISION § § | |
| Respondent. § | |

O R D E R

Consistent with the discussions held and rulings made during the telephone hearing/conference held February 24, 2011, between the court, petitioner, Christopher Chubasco Wilkins,[1] John W. Stickels, the attorney who filed the motion seeking appointment of counsel for petitioner in this matter, and counsel for respondent, Rick Thaler,

The court ORDERS that the hearing set for March 2, 2011, on the petition for appointment of counsel in this matter be, and is hereby, cancelled.

SIGNED February 24, 2011.

JOHN McBRYDE
United States District Judge

---

[1] The papers on file with the court in this action show petitioner's name as "Juan Christopher Chubasco Wilkins." During the telephone hearing, petitioner confirmed that "Juan" is not part of his name.