

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER CHUBASCO WILKINS, Petitioner, | § § § § | |
| V. | § § | CAUSE NO. 4:11-cv-00072-A (death penalty case) |
| RICK THALER Director, Texas Department of Criminal Justice, Institutional Division, Respondent | § § § § § § | |

## MOTION TO ABATE

TO THE HONORABLE JUDGE JOHN McBRYDE:

Comes Now Christopher Chubasco Wilkins, by and through John W. Stickels, and files this Motion to Abate. In support thereof, counsel states the following:

1. On February 7, 2011, the undersigned attorney filed a Motion and Brief for Appointment as Counsel requesting to be appointed as counsel for Christopher Chubasco Wilkins to represent him in the preparation and filing of his post conviction application for writ of habeas corpus.

2. On February 10, 2011, the Court ordered the undersigned attorney to have a telephone conference with Mr. Wilkins and determine whether he wanted to proceed with his application for writ of habeas corpus at this time or defer his application to a later date.

1

3. The undersigned counsel met with Ms. Coleman February 22, 2011, and discussed the facts, circumstances, and legal principles, including the applicable statute of limitations, with Mr. Wilkins.

4. On February 24, 2011, the Court conducted a telephone conference with all parties, including Mr. Wilkins, wherein the Court discussed the applicable statute of limitations with Mr. Wilkins.

4. Based on these discussions, Ms. Wilkins requests that the Request for the Appointment of Attorney filed in this case on February 7, 2011, be abated, without prejudice, so that this request may be filed at a later date.

WHEREFORE, Movant prays this Court abate, without prejudice, his request appointment of counsel.

Respectfully submitted,

John W. Stickels
P. O. Box 121431
Arlington, Texas 76012
Phone: (817) 479-9282
Fax: (817) 622-8071

BY: _____
John W. Stickels
State Bar No. 19225300
Attorney for
Christopher Chubasco Wilkins

Approved:

_____
Christopher Chubasco Wilkins

2

## CERTIFICATE OF SERVICE

I certify that on _____March 7_____, 2011, I served a copy of the foregoing Motion for Appointment of Counsel on:

The Office of the Texas Attorney General
Postconviction Litigation Division
P. O. Box 12548
Austin, Texas 78711-2548

and

The Tarrant County District Attorney,
Appellate Division
401 Belknap St.
Fort Worth, Texas, 76196.

and

Christopher Chubasco Wilkins
TDC# 999533
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

_____
Attorney for Petitioner

3