IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 8 2011
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| CHRISTOPHER CHUBASCO WILKINS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 4:11-CV-072-A |
| | § | |
| RICK THALER, DIRECTOR, TEXAS | § | |
| DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| CORRECTIONAL INSTITUTIONS | § | |
| DIVISION, | § | |
| | § | |
| Respondent. | § | |

ORDER

The above-captioned action was initiated by the filing on February 7, 2011, of a motion for appointment of counsel by petitioner, Christopher Chubasco Wilkins, acting through John W. Stickels ("Stickels"). On March 8, 2011, petitioner, acting through Stickels, filed a motion to abate, without prejudice, his request for appointment of counsel. Taking into account discussions had during a telephone conference conducted February 24, 2011, with petitioner, Stickels, and counsel for respondent on the line, the court is interpreting the motion to abate as a motion to withdraw the motion for appointment of counsel filed February 7, 2011. Such a withdrawal terminates the above-captioned action. Therefore,

The court ORDERS that such motion and the above-captioned action be, and are hereby, dismissed without prejudice.

The court assumes that petitioner has in mind that he will renew in a timely manner his attempts to seek relief under 28 U.S.C. § 2254. If he does, and if he wishes at that time to be represented by a court-appointed attorney, he should bear in mind that he must, in addition to seeking court-appointed counsel, provide proof of his eligibility for counsel appointed by the court to represent him in a § 2254 proceeding.

SIGNED March 8, 2011

_____
JOHN McBRYDE
United States District Judge